

# FOURTEENTH COURT OF APPEALS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 4:24:47 PM
CHRISTOPHER A. PRINE
Clerk

## INFORMATION SHEET BY TRIAL COURT CLERK

*Note to trial court clerk: You are expected to file the clerk's record by the original due date. If you cannot, you should advise the Clerk of the Fourteenth Court of Appeals immediately in writing, stating the reason and the date by which the record will be filed. Generally speaking, for good cause shown, the Court will grant no more than two extensions from the original due date, each extension not to exceed 30 days.*

Appellate Case Number **14-14-01014-CV**

Trial Court Case Number **12CVD343** ; Trial Court Number and County **405th**

---

### Information from Trial Court Clerk

_____ The clerk's record will be completed and filed with the appellate court clerk by the original due date, subject to payment arrangements being made.

_____ Appellant has made payment arrangements.

✓ The clerk's record will not be filed by the original due date. I request an extension of time to file the clerk's record by **2-23-15**.

_____ Appellant has not made payment arrangements and has been notified that the clerk's record is ready as of: _____.

Clerk's Signature, Full Address, and Phone Number:

Linda Scott Deputy Clerk, 600 59th Street, Suite 4001, P.O. Box, 17250, Galveston, TX 77551
409 770-5281